UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00150-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARIO MOLINA-ALCAY,
a/k/a Mario Molina,

      Defendant.

---

## ORDER CLOSING CASE

---

**THIS MATTER** comes before the Court *sua sponte*.

On or about October 13, 2004, the Defendant was sentenced to 18 months imprisonment as a result of his plea of guilty to unlawful re-entry into the United States, 8 U.S.C. § 1326. The Defendant appealed his sentence, and on June 22, 2005, the 10th Circuit remanded the case to this Court with instructions to vacate the sentence and re-sentence the Defendant in light of *U.S. v. Booker*, 125 S.Ct. 738 (2005). Before Mandate issued, however, the Defendant completed his custodial sentence, and was deported to Mexico.

For the reasons stated by counsel for the Defendant **(# 45)** and the United States **(# 46)**, the Court cannot carry out the mandate of the 10th Circuit and resentence the Defendant until he is physically present in Court. Accordingly, the Court directs that the Clerk of the Court **CLOSE** this case, pending the return, if any, of the Defendant to the United States. Should counsel for the Defendant or the United States learn that the Defendant has re-entered the United States, they

may apply to reopen this case and re-set the matter for resentencing.

Dated this 10th day of February, 2006

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge